UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00249

———

**Chansler Depaul Mallard,**
*Plaintiff,*
v.
**Unknown Gray et al.,**
*Defendants.*

———

# ORDER

Plaintiff, a Texas Department of Criminal Justice prisoner proceeding pro se, filed this civil-rights lawsuit under 42 U.S.C. § 1983 (Doc. 1) without paying the filing fee. The case was transferred to this court for proper venue (Doc. 2) and referred to a magistrate judge. The magistrate judge issued a report recommending that the court deny plaintiff leave to proceed in forma pauperis under 28 U.S.C. § 1915(g) and dismiss the case. Doc. 3 at 2. Specifically, the report recommends dismissing the action with prejudice as to the refiling of another in forma pauperis lawsuit raising the same claims but without prejudice to the refiling of this lawsuit upon payment of the full filing fee. *Id.* Petitioner did not file objections to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations.

Plaintiff is denied leave to proceed in forma pauperis under 28 U.S.C. § 1915(g). The court dismisses plaintiff's case with prejudice as to the refiling of another in forma pauperis lawsuit raising the same claims but without prejudice as to refiling upon payment of the full filing fee. Should plaintiff pay the full filing fee within 15 days of entry of this order, he shall be allowed to proceed in this

- 1 -

- 2 -

lawsuit as though the full fee had been paid from the outset. Any pending motions are denied as moot.

*So ordered by the court on March 4, 2026.*

J. CAMPBELL BARKER
United States District Judge